IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOEL MEANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 07-107-DRH |
| ) | |
| DAIV DUNKER, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

On March 5, 2007, the Court ordered Plaintiff to pay the $350 filing fee or file a motion for leave to proceed *in forma pauperis* within thirty days (Doc. 3). Following Plaintiff's failure to comply with that order in the time allotted,

**IT IS HEREBY ORDERED AND ADJUDGED** this action is **DISMISSED without prejudice** for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

IT IS SO ORDERED.

DATED: April 9, 2007.

/s/   David   RHerndon
**DISTRICT JUDGE**